O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLINDA MASSEY-RHODES, ) | Case No. CV-12-380-SP |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security ) Administration, ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: December 6, 2012

_____
HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE