1  Shanny J. Lee, Calif. Bar No. 213599
   LAW OFFICES OF HARRY J. BINDER
2  AND CHARLES E. BINDER, P.C.
3  770 The City Drive South Suite 2000
   Orange, CA 92868
4  Phone (714) 564-8644
5  Fax   (714) 940-0311
   Email: shannyjlee@gmail.com
6
7  Attorneys for Plaintiff Arlinda Massey-Rhodes

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARLINDA MASSEY-RHODES, | ) No. CV-12-380-SP |
| Plaintiff, | ) **ORDER AWARDING ATTORNEY** |
|  | ) **FEES UNDER THE EQUAL** |
| v. | ) **ACCESS TO JUSTICE ACT,** |
|  | ) **PURSUANT TO 28 U.S.C. § 2412(d),** |
| MICHAEL J. ASTRUE, | ) **AND COSTS, PURSUANT TO 28** |
| Commissioner of Social Security, | ) **U.S.C. § 1920** |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND dollars and 00/100's ($4,000.00), and costs under 28 U.S.C. § 1920, in the amount

//

//

1

of THREE HUNDRED FIFTY DOLLARS AND 00/CENTS ($350.00), subject to the terms of the above-referenced Stipulation.  Any payment shall be delivered to Plaintiff's counsel.

Dated: <u>December 26, 2012</u>     _____/s/_____
HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE